*14-4839 + 15-1302*

# UNITED STATES COURT OF APPEALS
# THIRD CIRCUIT

| | | |
|---|---|---|
| **JAMES RIFFIN**<br>**Petitioner** | * | Case No.: |
| | * | |
| V. | * | |
| **SURFACE TRANSPORTATION BOARD** and | * | FD No. 35873<br>**D&H Lines** |
| **UNITED STATES OF AMERICA**<br>**Respondents** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO CONSOLIDATE

1. Comes now your Petitioner, James Riffin, ("**Riffin**"), who herewith moves to consolidate this Petition for Review with the Petition for Review filed by Riffin on December 30, 2014, and docketed in the Third Circuit as Case No. **14-4839**, and in support hereof states:

2. The Petitioner and Respondents in this proceeding are identical to the Petitioner and Respondents in the 14-4839 proceeding.

3. The underlying proceeding in this proceeding, STB FD 35873, is identical to the underlying proceeding in the 14-4839 proceeding (STB FD 35873).

4. The two Petitions for Review are so intricately intertwined, they need to be resolved in concert.

5. Petitioner was unable to contact Respondents prior to filing this Motion to Consolidate, so Petitioner does not know what position the Respondents will take with regard to this Motion to Consolidate.

6. WHEREFORE, for the foregoing reasons, Petitioner moves to consolidate this Petition for Review with the Petition for Review docketed in the Third Circuit as Case No. 14-4839,

And for such other and further relief as would be appropriate.

*/s/ James Riffin*

James Riffin, *Pro Se*
1941 Greenspring Drive
Timonium, MD 21093
(443) 414-6210

## CERTIFICATE OF SERVICE

I hereby certify that on the ___4th___ day of February, 2015, a copy of the foregoing Motion to Consolidate, was served by UPS, postage prepaid, upon the Respondents. [Carolyn Chachkin, Asst. Gen'l Counsel, STB, 395 E Street SW, Washington, DC, 20423;  Robert Nicholson, Appellate §, Anti-Trust Div., Dept. Of Justice, 950 PA Ave NW, Wash, DC 20530.]  A copy was also sent by first class mail, postage prepaid, and a copy was e-mailed to the Parties of Record in STB FD 35873, noted below.

*/s/ James Riffin*
_____
James Riffin

First class mail:

    Samuel J. Nasca / SMART:   Gordon P. MacDougall  1025 Connecticut Ave NW   Washington, DC 20036

E-mail:

| | | |
|---|---|---|
| Brotherhood of MOW Employees: | Richard Edelman: | REdelman@odsalaw.com |
| Brotherhood of Locomotive Engineers & Trainmen: | Kevin Moore: | bletdiv191@hotmail.com |
| CNJ / Alma / Pace Glass: | Thomas McFarland: | mcfarland@aol.com |
| D&H Railways: | David Rifkind: | david.rifkin@stinsonleonard.com |
| IAM District Lodge 19: | Jeffrey A. Bartos | Jbartos@geclaw.com |
| | Kyle A. DeCant | Kdecant@geclaw.com |
| Genesee & Wyoming, Inc.: | Eric Hocky: | ehocky@clarkhill.com |
| | Allison M. Fergus: | afergus@gwrr.com |
| Maryland DOT: | Charles Spitulnik: | cspitulnik@kaplankirsch.com |
| NY DOT: | Keith Martin: | keith.martin@dot.ny.gov |
| National Grain & Feed Assoc: | Randall C. Gordon: | ngfa@ngfa.org |
| National Grain & Feed Assoc: | Thomas Wilcox: | twilcox@gkglaw.com |
| Norfolk Southern: | Williams Mullins: | wmullins@bakerandmiller.com |
| PPL Energy: | Kelvin Dowd: | kjd@sloverandloftus.com |
| PA NE Regional RR Auth: | Lawrence Malski: | lmalski@pnrra.org |
| Samuel J. Nasca / SMART: | Gordon P. MacDougall: | gpmacd@mindspring.com |
| Saratoga & N. Creek Ry: | John D. Heffner: | John.Heffner@strasburger.com |
| Seda-Cog Railroads: | Jeffery K. Stover: | jra@seda-cog.org |
| U.S. Clay Producers Assoc: | Vincent P. Szeligo: | vszeligo@wsmoslaw.com |